# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CR 13-0190-CJC; SA CR 14-0039-CJC | Date | September 9, 2014 |
| Title | United States of America v. Darrell Lamont Weisner | | |

**Present: The Honorable**   Douglas F. McCormick

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Terri Steele | n/a |

| Attorney(s) Present for Plaintiffs: | Attorney(s) Present for Defendants: |
|---|---|
| Yasin Mohammad (present for hearing) | Craig Wilke (present for hearing) |

**Proceedings:**   (In Chambers) Order of Detention after Hearing Held Under 18 U.S.C. § 3148(b)

    Defendant appeared before the Court after being taken into custody on an arrest warrant issued by United States District Judge Cormac J. Carney on a petition alleging several violations of the terms and conditions of his pretrial release. The Court conducted a hearing on the alleged violations. Based on the information presented at the hearing, the Court finds that there is clear and convincing evidence that Defendant has violated the conditions of his release; specifically, the Court finds that Defendant has violated the location monitoring condition, the employment condition, the home detention condition, and the mental health condition as alleged in the violation petition. The Court further finds that Defendant is unlikely to abide by any condition or combination of conditions of release.

    Defendant's release is therefore revoked and IT IS THEREFORE ORDERED that Defendant be detained pending a sentencing hearing in this matter. The bond posted to secure Defendant's release is ordered exonerated.

Initials of Clerk   ts